

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| GARY LEE NEWELL, | ) | CV 10-15-M-DWM-JCL |
|     Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| LAKE COUNTY/LAKE COUNTY | ) | |
| COURT; JUDGE CHUCK WALL; | ) | |
| CLERK ANITA KOVARIK; and CLERK | ) | |
| SHAWN DOMBROSKY | ) | |
| | ) | |
|     Defendants. | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on February 24, 2010. Plaintiff is not entitled to file objections. See Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998). I have reviewed the file and find the Findings and Recommendation to be well reasoned and supported by the record.

1

Accordingly,

IT IS HEREBY ORDERED that the Findings and Recommendation (dkt #4) are adopted in full;

IT IS FURTHER ORDERED that Newell's Motion to Proceed *In Forma Pauperis* (dkt #1) is DENIED.

Finally, IT IS ORDERED that the action is dismissed for lack of jurisdiction. The CASE is CLOSED.

Dated this 26th day of February, 2010.

Donald W. Molloy, District Judge
United States District Court